**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BMO BANK N.A.,<br>Plaintiff,<br>v.<br>ERIC THOMPSON, INC., et al.,<br>Defendant. | Case No. 5:25-cv-01698-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ADJUDGED THAT Judgment is entered in favor of plaintiff BMO Bank N.A. and against defendants Eric Thompson Inc. d/b/a RT Trucking and Eric Thompson, jointly and severally, in the total amount of $277,567.98, consisting of $270.215.45 in damages and $7,352.53 in attorney's fees and costs. In addition, defendants are ordered to immediately transfer possession to plaintiff of the subject vehicle (2024 Kenworth T680-Series: T680 125" BBC CONV CAB SBA Vehicle 6x4, Vehicle Identification No. XKYD49X1RJ368133).

Dated: September 29, 2026

SHERI PYM
United States Magistrate Judge